NEW YORK CENTRAL RAILROAD COMPANY, Respondent, *v.* COUNTY OF ERIE, Appellant, and TOWN OF CHEEKTOWAGA, Respondent.

Argued April 22, 1952; decided May 29, 1952.

*Elmer R. Weil, County Attorney (Wortley B. Paul* of counsel); for appellant.

*Mark N. Turner* for New York Central Railroad Company, respondent.

*George B. Doyle* for Town of Cheektowaga, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.